UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KEVIN BRENT ADAMS,

      Defendant.
_____/

Case No. 1:07:CR:9

HON. GORDON J. QUIST

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed March 12, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Kevin Brent Adams' pleas of guilty to Counts 1, 2, 5, and 7 of the Indictment are accepted. Defendant Kevin Brent Adams is adjudicated guilty.

3. Defendant Kevin Brent Adams shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: March 28, 2007

                                                      /s/ Gordon J. Quist
                                                   GORDON J. QUIST
                                        UNITED STATES DISTRICT JUDGE